UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS BOYD,<br><br>        Plaintiff,<br><br>    v.<br><br>C. ETCHEBEHERE, et al.,<br><br>        Defendants. | Case No.: 1:13-01966-LJO-SAB (PC)<br><br>ORDER STRIKING PLAINTIFF'S OPPOSITION TO DEFENDANT'S ANSWER TO COMPLAINT<br><br>[ECF No. 16] |

    Plaintiff Curtis Boyd is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    This action is proceeding against Defendant Etchebehere for violation of the First Amendment.

    On September 10, 2014, Defendant Etchebehere filed an answer to the complaint. On August 6, 2014, Plaintiff filed a reply to Defendant's answer.

    Rule 7 of the Federal Rules of Civil Procedure provides as follows:

> There shall be a complaint and an answer; a reply to a counterclaim denominated as such; an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint, if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

///

1 Fed. R. Civ. P. 7(a). Because the Court did not order Plaintiff to reply to answer, Plaintiff's opposition
2 is HEREBY STRICKEN from the record.

4 IT IS SO ORDERED.

5 Dated: **October 14, 2014**

6                                           UNITED STATES MAGISTRATE JUDGE