UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS BOYD,<br><br>        Plaintiff,<br><br>    v.<br><br>C. ETCHEBEHERE,<br><br>        Defendant. | Case No.: 1:13-01966-LJO-SAB (PC)<br><br>ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES<br><br>[ECF Nos. 14, 35, 37] |

Plaintiff Curtis Boyd is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On September 1, 2015, Defendant's motion for summary judgment relating to exhaustion of the administrative remedies was denied. (ECF No. 37.)

On September 18, 2014, the Court issued the discovery and scheduling order in this case setting the deadline for completion of all discovery by May 18, 2015, and the deadline for the filing of dispositive motion was July 30, 2015. (ECF No. 14.)

On January 9, 2015, the Court granted Defendant's request to stay discovery pending resolution of the exhaustion motion. (ECF No. 23.)

In light of the fact that discovery was stayed pending resolution of the motion for summary judgment on exhaustion and the discovery and dispositive motion have now expired, the Court will extend both deadlines. The discovery deadline is extended to **December 10, 2015**, and the dispositive

1

motion deadline is extended to **February 10, 2016**. <u>All other provisions of the Court's September 18, 2014, discovery and scheduling order remain in full force and effect</u>.

IT IS SO ORDERED.

Dated:   **September 1, 2015**

                                    UNITED STATES MAGISTRATE JUDGE