UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS BOYD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. ETCHEBEHERE,<br><br>　　　　　Defendant. | Case No. 1:13-01966-LJO-SAB (PC)<br><br>ORDER DIRECTING DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S REPLY, FILED JANUARY 27, 2016<br><br>[ECF No. 59] |

Plaintiff Curtis Boyd is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

This action is proceeding against Defendants Etchebehere, J. Ojeda, F. Cote, J. Gallagher, B. Odle, D. Perkins, D. Hetebrink, and R. Guembe for violation of Plaintiff's rights to free exercise of his religion.[1]

On December 22, 2015, Plaintiff filed a motion to compel. On January 5, 2016, Defendant filed a partial-opposition to Plaintiff's motion to compel. (ECF No. 58.) Plaintiff filed a reply on January 27, 2016. (ECF No. 59.)

///

///

---

[1] Defendants J. Ojeda, F. Cote, J. Gallagher, B. Odle, D. Perkins, D. Hetebrink, and R. Guembe have not yet been served.

1

In order to appropriately address Plaintiff's motion to compel and the contentions raised in his reply, the Court directs Defendant to file a response to Plaintiff's reply within **fifteen (15)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: __**January 29, 2016**__

UNITED STATES MAGISTRATE JUDGE