# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURTIS BOYD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. ETCHEBEHERE, et.al.<br><br>　　　　　Defendants. | Case No. 1:13-01966-LJO-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE AS UNNECESSARY<br><br>[ECF No. 89] |

Plaintiff Curtis Boyd is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 10, 2017, Plaintiff filed a document entitled "Request for Court to take judicial notice of Plaintiff's need to have summary judgment ruling delayed." Plaintiff requests that the Court delay ruling on Defendants' motion for summary judgment filed on February 6, 2017, until Plaintiff files his opposition.

On April 4, 2017, the Court denied Plaintiff's motion for reconsideration of the Court's January 13, 2017, order denying his motion to compel and granted Plaintiff thirty days to file an opposition to Defendants' motion for summary judgment. (ECF No. 88.) Plaintiff's opposition is presently due on or before May 4, 2017. Accordingly, Plaintiff's request to delay ruling on Defendants' motion for summary judgment shall be denied as unnecessary. Plaintiff is advised, however, that his request was not signed and unsigned documents cannot be considered by the Court.

1

| | |
|---|---|
| 1 | Fed. R. Civ. P. 11(a); Local Rule 131(b).  Thus, if future unsigned documents are submitted to the |
| 2 | Court for filing, Plaintiff is advised that such filing may and will be stricken from the record without |
| 3 | consideration by the Court. |
| 4 | |
| 5 | IT IS SO ORDERED. |
| 6 | Dated:   **April 11, 2017** |
| 7 | UNITED STATES MAGISTRATE JUDGE |