**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS BOYD, | ) Case No. 1:13-01966-LJO-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER REGARDING PLAINTIFF'S NOTICE |
| | ) OF ASSOCIATION OF PARALEGAL FOR |
| C. ETCHEBEHERE, et.al. | ) SERVICE |
| Defendants. | ) [ECF No. 92] |
| | ) |

Plaintiff Curtis Boyd is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On April 13, 2017, Plaintiff filed a notice of association of paralegal, inmate Clarence Hearns, to submit and file documents in this action. Plaintiff is advised that inmate Hearns, who is a non-lawyer, may not represent anyone but himself in court. Johns v. County of San Diego, 114 F.3d 874, 877 (9th Cir. 1997); C. E. Pope Equity Trust v. United States, 818 F.2d 696, 697 (9th Cir. 1987). Therefore, Plaintiff's motion for leave to allow inmate Hearns to represent Plaintiff must be denied.

IT IS SO ORDERED.

Dated: __**April 18, 2017**__

_____
UNITED STATES MAGISTRATE JUDGE

1