**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CURTIS BOYD, | Case No. 1:13-01966-LJO-SAB (PC) |
| Plaintiff, | |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR APPOINTMENT OF COUNSEL AND REQUEST TO MODIFY THE SCHEDULING ORDER AS MOOT |
| C. ETCHEBEHERE, et.al. | |
| Defendants. | [ECF Nos. 118, 119] |

On August 9, 2017, the Court granted Defendants' motion for summary judgment and judgment was entered in favor of Defendants, in this civil rights action filed by Plaintiff pursuant to 42 U.S.C. § 1983.

On August 28, 2017, Plaintiff filed a notice of appeal with the United States Court of Appeals for the Ninth Circuit.

On July 25, 2018, the Ninth Circuit affirmed this Court's August 9, 2017, decision. On September 5, 2018, Plaintiff's petition for rehearing was denied., and the mandate was issued on September 13, 2018.

On November 5, 2018, Plaintiff filed a motion for the appointment of counsel and request to modify the scheduling order.

///

///

As judgment was entered in this case on August 9, 2017, which was affirmed on appeal, this case is now final and no filings can be entertained. Accordingly, Plaintiff's motion for appointment of counsel and request to modify the scheduling order are denied as moot. Plaintiff is advised that no further requests should be filed in this action, and the Court will strike any filings without response.

IT IS SO ORDERED.

Dated: __**November 8, 2018**__

UNITED STATES MAGISTRATE JUDGE